# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
V.  
_____

CITATION/CASE NO._____

***JUDGMENT and ORDER TO PAY***

SOCIAL SECURITY #:_____  
DATE OF BIRTH:_____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____  
_____  
    City                State          Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____        _____  
                                                                                   Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

( ) Penalty **ASSESSMENT** of $ _____     ( ) **RESTITUTION** of $ _____

( ) **PROCESSING Fee** of $_____     ( ) **FINE** of $ _____

for a **TOTAL AMOUNT** of $ _____ ,

paid within _____ **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - **note late payments could be subject to late/delinquent charges imposed by C.V.B.**

( ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a. m. / p. m. in Courtroom _____  
( ) Compliance HEARING: _____ at _____ a. m. / p. m. in Courtroom _____  
( ) RESTITUTION / VICTIM information _____  
_____  
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____  
to be completed by _____ with Proof mailed to the Clerk Of Court.  
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____  
( ) PROBATION to be unsupervised / supervised for: _____  
_____  
_____

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| CENTRAL VIOLATIONS BUREAU | CLERK U.S.D.C. | CLERK U.S.D.C |
|---|---|---|
| PO Box 71363 | 501 "I" St., #4-200 | 2500 Tulare St., Rm 1501 |
| Philadelphia, PA 19176-1363 | Sacramento, CA 95814 | Fresno, CA 93721 |
| 1-800-827-2982 | | |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: _____      _____  
                                                                                   U.S. MAGISTRATE JUDGE